Case 7:25-cv-09544-KMK    Document 1-1    Filed 11/14/25    Page 1 of 15

# SUPREME COURT OF THE STATE OF NEW YORK
# COUNTY OF WESTCHESTER

------------------------------------------------------------

At a Special Term of the Supreme Court held in and for the County of Westchester, at the Courthouse, 111 Dr. Martin Luther King Jr Blvd, White Plains, New York, on the 12th day of October, 2025.

------------------------------------------------------------

**PRESENT:** Hon. [To Be Assigned]

**LEIGH CRESHAM**,
Petitioner,
-against-

**Index No.:** (To Be Assigned)

**WESTLAKE FINANCIAL SERVICES** and **WESTLAKE PORTFOLIO MANAGEMENT**,
Respondents.

------------------------------------------------------------

# EMERGENCY ORDER TO SHOW CAUSE AND AFFIRMATION IN SUPPORT

**STATE OF NEW YORK**)
**COUNTY OF BRONX**) ss.:

1. I am the Petitioner in this action and reside at 421 East 238th Street, Bronx, NY 10470. I submit this affirmation in support of an Emergency Order to Show Cause seeking a stay of the scheduled auction of my 2017 Ford F-150 (VIN 1FTEW1EP7HFC48951, Account #14756467) and a Temporary Restraining Order (TRO) pending review.

2. My vehicle was impounded by Yonkers PVB around July 5, 2025, and repossessed/moved to Brooklyn by Respondents on September 26, 2025, without notice.

3. The written Notice of Right of Redemption and Intent to Sell, dated September 25, 2025, was received on October 5, 2025 (a Sunday), providing only five business days' notice

Case 7:25-cv-09544-KMK Document 1-1 Filed 11/14/25 Page 2 of 15

(October 6–10) before the auction scheduled "sometime after 8:00 AM on October 13, 2025," a holiday when courts are closed.

4. I have paid approximately $50,000 over six years toward this vehicle, leaving a small balance, making repossession a significant loss.

5. I have a documented ADHD-related executive function disability (known to Respondents from prior written communication), which impairs time management and was not accommodated despite requests.

6. Respondents' actions—short notice, unnotified relocation, and holiday scheduling—violate UCC §9-611 (reasonable notification), §9-613 (itemization of $6,966.11 expenses), and §9-610(b) (commercial reasonableness), and ADA Title III (42 U.S.C. §12182) and NYHRL §296-a (discrimination).

7. I have sent written notices (emails), filed agency complaints (AG/DFS/DCWP/DHR), and submitted ADA requests, but the holiday closure prevents timely relief.

**WHEREFORE**, Petitioner respectfully requests that this Court:

1. Issue a Temporary Restraining Order staying the auction scheduled for October 13, 2025, pending further order;

2. Schedule a prompt hearing to review the sufficiency of notice and reasonableness under UCC §§9-611 and 9-610(b);

3. Grant ADA accommodations for expedited review due to disability;

4. Award any other relief deemed just and proper.

**Dated:** October 12, 2025

*Leigh Cresham*

**Leigh Cresham**
421 East 238th Street
Bronx, NY 10470
leighcresham@yahoo.com
914-233-6543

I affirm this statement under penalty of perjury pursuant to CPLR 2106.

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF WESTCHESTER**

-----------------------------------------------------------

**LEIGH CRESHAM,**

Petitioner,

-against-

**WESTLAKE FINANCIAL SERVICES** and **WESTLAKE PORTFOLIO MANAGEMENT,**

Respondents.

-----------------------------------------------------------

Index No.: (To Be Assigned)

## PROPOSED ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

Upon reading and filing the Affidavit of **Leigh Cresham**, verified on October 12, 2025, and the attached exhibits, and due cause appearing therefor, it is hereby: **ORDERED** that the Respondents, **WESTLAKE FINANCIAL SERVICES** and **WESTLAKE PORTFOLIO MANAGEMENT**, show cause before this Court at the Supreme Court of the State of New York, County of Westchester, why an order should not be made and entered as follows: 1. Staying the auction and/or sale of Petitioner's 2017 Ford F-150 (VIN **1FTEW1EP7HFC48951**), scheduled to occur after 8:00 AM on October 13, 2025, pursuant to the Notice of Intent to Sell dated September 25, 2025; 2. Directing Respondents to provide documentation demonstrating compliance with **UCC §§9-611** and **§9-613** regarding proper notice and itemization of repossession and sale expenses; 3. Directing Respondents to respond to Petitioner's claim of violation of **ADA Title III** (42 U.S.C. §12182) and **NYHRL §296-a** regarding failure to accommodate disability-related communication requests; 4. Granting such other and further relief as the Court deems just and proper. **It is further ORDERED** that, pending the hearing of this motion, Respondents, their agents, and assigns are hereby temporarily restrained and enjoined from proceeding with the auction or sale of the above-described vehicle or taking any action to dispose of same. Petitioner's vehicle was towed to Tow Authority, **1908 Shore Parkway, Brooklyn, NY 11214** (Tel: **631-772-6224**), on or about September 26, 2025, without prior notice to Petitioner. The Petitioner resides at **421 East 238th Street, Bronx, NY 10470**.

DATED: White Plains, New York
October 12, 2025

ENTER:


_____

HON. _____

JUSTICE OF THE SUPREME COURT



## Westlake Financial®

4751 Wilshire Blvd. Suite 100
Los Angeles, CA 90010
1-888-739-9192

LEIGH CRESHAM
421 E 238TH ST,
BRONX, NY 10470

### Notice of Right of Redemption and Notice of Intent to Sell

Date of Notice: **09/25/2025**                    Account: **14756467**

| Name and address of holder of Retail Installment Contract secured by the Vehicle described below:<br><br>Telephone number to call for information:  1-888-739-9192<br>Mon-Thurs: 5 am to 8 pm • Fri: 5 am to 8 pm • Sat. and Sun: 5 am to 2 pm (all times Pacific) | Westlake Financial Services<br>4751 Wilshire Blvd. Suite 100<br>Los Angeles, CA 90010 |

#### Description of Motor Vehicle ("Vehicle")

| Year | Make | Body | Vin |
|------|------|------|-----|
| 2017 | FORD TRUCK | F150 | 1FTEW1EP7HFC48951 |

Name and address of each person (debtor) liable on the Contract:
**LEIGH CRESHAM**
**421 E 238TH ST,**
**BRONX, NY 10470**

**Subject: Retail Installment Contract dated 12/7/2020 ("Contract")**

We repossessed your Vehicle on **09/25/2025** because you broke promises in our Contract. We intend to sell the Vehicle as explained in this Notice, subject to your right to reinstate the Contract and get the Vehicle back (redeem the Vehicle), and your right to redeem the Vehicle by paying us the past due amount you owe, as described more fully below.

**Contract Reinstatement.** The amount you must pay to reinstate the Contract and get the Vehicle back (redeem the Vehicle) includes the full amount past due under the Contract as of the date of this Notice, including all outstanding unpaid fees and charges (**$1,525.18**, itemized below), PLUS our cost of repossessing the Vehicle (**$6,966.11**), for a subtotal of **$8,491.29** through the date of this Notice. In addition, if another regular monthly payment is scheduled to be paid under the terms of the Contract after the date of this Notice and before the date you redeem the Vehicle, you will be required to also pay the amount of that regular monthly payment in order to reinstate the Contract and get the Vehicle back. For more information about the exact amount you must pay to reinstate the Contract and get the Vehicle back, you may call us at the telephone number shown near the top of this Notice. To reinstate the Contract you must pay us the amounts described in this paragraph by certified or bank check, money order, or similar immediately available funds. Your right to reinstate the Contract as described in this paragraph ends on **10/10/2025**.

Mon – Fri: 5 am to 8 pm • Sat and Sun: 5 am to 2 pm (all times pacific) • Phone: (888) 739-9192

5005

Itemization of amounts past due under the Contract as of the date of this Notice: The amounts that are past due under the Contract as of the date of this Notice ($8,491.29) are itemized as follows:

| | |
|---|---|
| Past due payments | $1,445.18 |
| Plus total late charges | +$ 20.00 |
| Plus other fees _____ | +$ 60.00 |
| Repossession Expenses | +$ 6,966.11 |
| Equals a subtotal of: | =$ 8,491.29 |

**Paying Off the Contract in Full.** You can also get the Vehicle back at any time before we sell it (as described more fully below) by paying us the full amount you owe on the Contract (not just the past due payments), including our repossession costs and any other applicable permitted expenses.

To learn the exact amount you must pay in order to pay off the Contract in full and redeem the Vehicle, call us at the telephone number shown near the top of this Notice.

If you want us to explain to you in writing how we figured the amount you owe, you may call us at the telephone number shown near the top of this Notice, or write us at the address set forth above and request a written explanation.

**Additional important information.** You are responsible for retrieving items of personal property that may have been left in the motor vehicle, other than items that may have been turned over to law enforcement. Such property, if any, will be available for retrieval for at least sixty days after the date on which the motor vehicle was repossessed. You may contact **Tow Authority: 631-772-6224 Tow 1908 Shore Parkway Brooklyn NY 11214**:, 9:00am to 4:00pm to make arrangements for the retrieval of such property. Please note that retrieving some or all of the personal property more than fifteen days after the date on which the motor vehicle was repossessed, the holder of the contract, or the agent maintaining custody of the personal property, may charge a storage fee not to exceed twenty-five dollars.

☒ Private Sale

We intend to sell the Vehicle at a private sale sometime after 8:00 AM on or after **10/13/2025** unless you redeem the Vehicle. A sale could include a lease or license.

We intend to sell the Vehicle at a private sale sometime after 8:00 AM on or after **10/13/2025** unless you redeem the Vehicle as described above by either reinstating the Contract (as described above) or by paying us the full amount you owe (not just the past due payments), including our repossession costs and any other applicable permitted expenses (as described above). A sale could include a lease or license.

The money we get from the sale (after paying our permitted costs) will reduce the amount you owe. If we get less money than you owe, you may still owe us some or all of the difference. If we get more money than you owe, you will get the extra money, unless we must pay it to someone else.

If you need more information about the sale call us at the telephone number shown near the top of this Notice or write us at the above address.

We are sending this notice to each person (debtor) liable on the Contract (as shown above) and to the following other people who have an interest in the Vehicle:

Unless the "NOTICE" below applies to you, we are attempting to collect a debt. If you have filed for bankruptcy, or have been discharged in bankruptcy, this letter is for information purposes only and is not intended as an attempt to collect a debt.

NOTICE: If you are entitled to the protections of the United States Bankruptcy Code (11 U.S.C. §§ 362; 524) regarding the subject matter of this Notice, the following applies to you: **THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY.**

Mon – Fri: 5 am to 8 pm • Sat and Sun: 5 am to 2 pm (all times pacific) • Phone: (888) 739-9192

0000490-0000829

5005

# REQUEST FOR JUDICIAL INTERVENTION

UCS-840
(rev. 12/16/2024)

## Supreme COURT, COUNTY OF Westchester

Index No: _____ Date Index Issued: _____

| | For Court Use Only: |
|---|---|
| **CAPTION**   Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet. | IAS Entry Date |
| leigh cresham | |
| | Judge Assigned |
| Plaintiff(s)/Petitioner(s)   -against- | |
| Westlake Financial Services, Westlake Portfolio Management | RJI Filed Date |
| Defendant(s)/Respondent(s) | |

## NATURE OF ACTION OR PROCEEDING:   Check only one box and specify where indicated.

### COMMERCIAL
- ☐ Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- ☐ Contract
- ☐ Insurance (where insurance company is a party, except arbitration)
- ☐ UCC (includes sales and negotiable instruments)
- ☐ Other Commercial (*specify*): _____

*NOTE: For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C).*

### TORTS
- ☐ Asbestos
- ☐ Environmental (*specify*): _____
- ☐ Medical, Dental or Podiatric Malpractice
- ☐ Motor Vehicle
- ☐ Products Liability (*specify*): _____
- ☐ Other Negligence (*specify*): _____
- ☐ Other Professional Malpractice (*specify*): _____
- ☐ Other Tort (*specify*): _____

### SPECIAL PROCEEDINGS
- ☐ Child-Parent Security Act (*specify*): ☐ Assisted Reproduction ☐ Surrogacy Agreement
- ☐ CPLR Article 75 - Arbitration   [see *NOTE* in **COMMERCIAL** section]
- ☐ CPLR Article 78 - Proceeding against a Body or Officer
- ☐ Election Law
- ☐ Extreme Risk Protection Order
- ☐ MHL Article 9.60 - Kendra's Law
- ☐ MHL Article 10 - Sex Offender Confinement (*specify*): ☐ Initial ☐ Review
- ☐ MHL Article 81 (Guardianship)
- ☐ Other Mental Hygiene (*specify*): _____
- ☒ Other Special Proceeding (*specify*): Emerg OSC  Auction Stay

### MATRIMONIAL
- ☐ Contested

  *NOTE: If there are children under the age of 18, complete and attach the MATRIMONIAL RJI Addendum (UCS-840M).*

  *For Uncontested Matrimonial actions, use the Uncontested Divorce RJI (UD-13).*

### REAL PROPERTY   Specify how many properties the application includes: _____
- ☐ Condemnation
- ☐ Mortgage Foreclosure (*specify*): ☐ Residential   ☐ Commercial

  Property Address: _____

  *NOTE: For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the FORECLOSURE RJI ADDENDUM (UCS-840F).*
- ☐ Partition

  *NOTE: Complete and attach the PARTITION RJI ADDENDUM (UCS-840P).*
- ☐ Tax Certiorari (*specify*): Section: _____ Block: _____ Lot: _____
- ☐ Tax Foreclosure
- ☐ Other Real Property (*specify*): _____

### OTHER MATTERS
- ☐ Certificate of Incorporation/Dissolution   [see *NOTE* in **COMMERCIAL** section]
- ☐ Emergency Medical Treatment
- ☐ Habeas Corpus
- ☐ Local Court Appeal
- ☐ Mechanic's Lien
- ☐ Name Change/Sex Designation Change
- ☐ Pistol Permit Revocation Hearing
- ☐ Sale or Finance of Religious/Not-for-Profit Property
- ☐ Other (*specify*): _____

## STATUS OF ACTION OR PROCEEDING   Answer YES or NO for every question and enter additional information where indicated.

| | YES | NO | |
|---|---|---|---|
| Has a summons and complaint or summons with notice been filed? | ☐ | ☒ | If yes, date filed: _____ |
| Has a summons and complaint or summons with notice been served? | ☐ | ☒ | If yes, date served: _____ |
| Is this action/proceeding being filed post-judgment? | ☐ | ☒ | If yes, judgment date: _____ |

## NATURE OF JUDICIAL INTERVENTION   Check one box only and enter additional information where indicated.

- ☐ Infant's Compromise
- ☐ Extreme Risk Protection Order Application
- ☐ Note of Issue/Certificate of Readiness
- ☐ Notice of Medical, Dental or Podiatric Malpractice   Date Issue Joined: _____
- ☐ Notice of Motion   Relief Requested: _____   Return Date: _____
- ☐ Notice of Petition   Relief Requested: _____   Return Date: _____
- ☒ Order to Show Cause   Relief Requested: Injunction/Restraining Order   Return Date: _____
- ☐ Other Ex Parte Application   Relief Requested: _____
- ☐ Partition Settlement Conference
- ☐ Request for Preliminary Conference
- ☐ Residential Mortgage Foreclosure Settlement Conference
- ☐ Waiver of Court Costs, Fees and Expenses
- ☐ Writ of Habeas Corpus
- ☐ Other (*specify*): _____

1 of 2

| **RELATED CASES** | List any related actions. For Matrimonial cases, list any related criminal or Family Court cases. If none, leave blank. If additional space is required, complete and attach the **RJI Addendum (UCS-840A)**. | | | |
|---|---|---|---|---|
| **Case Title** | **Index/Case Number** | **Court** | **Judge (if assigned)** | **Relationship to instant case** |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**PARTIES**    For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided. If additional space is required, complete and attach the **RJI Addendum (UCS-840A)**.

| Un-Rep | Parties<br><br>List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.) | Attorneys and Unrepresented Litigants<br><br>For represented parties, provide attorney's name, firm name, address, phone and email. For unrepresented parties, provide party's address, phone and email. | Issue Joined<br><br>For each defendant, indicate if issue has been joined. | Insurance Carriers<br><br>For each defendant, indicate insurance carrier, if applicable. |
|---|---|---|---|---|
| ☐ | Name: cresham, leigh<br><br>Role(s): Plaintiff/Petitioner | leigh cresham, 421 east 238th st , Bronx, NY 10470, leighcresham@yahoo.com | ☐ YES ☒ NO |  |
| ☒ | Name: Westlake Financial Services<br><br>Role(s): Defendant/Respondent | 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010, 1-888-739-9192, customerservice@westlakefinancial.com | ☐ YES ☒ NO |  |
| ☒ | Name: Westlake Portfolio Management<br>Role(s): Defendant/Respondent | 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010, 1-888-739-9192, customerservice@westlakefinancial.com | ☐ YES ☒ NO |  |
| ☐ | Name:<br><br>Role(s): |  | ☐ YES ☐ NO |  |
| ☐ | Name:<br><br>Role(s): |  | ☐ YES ☐ NO |  |
| ☐ | Name:<br><br>Role(s): |  | ☐ YES ☐ NO |  |
| ☐ | Name:<br><br>Role(s): |  | ☐ YES ☐ NO |  |
| ☐ | Name:<br><br>Role(s): |  | ☐ YES ☐ NO |  |
| ☐ | Name:<br><br>Role(s): |  | ☐ YES ☐ NO |  |
| ☐ | Name:<br><br>Role(s): |  | ☐ YES ☐ NO |  |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.**

Dated:    10/14/2025

         leigh cresham

Signature

Attorney Registration Number         leigh cresham

Print Name

*This form was generated by NYSCEF*

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF WESTCHESTER


------------------------------------------------------------

Leigh Cresham,                                Petitioner,


       -against-


Westlake Financial Services, et al.,          Respondents.

------------------------------------------------------------

Index No. 73536/2025


AFFIRMATION IN SUPPORT OF EMERGENCY ORDER TO SHOW CAUSE

(PRIOR FILING ATTEMPT)


I, Leigh Cresham, affirm under penalty of perjury as follows:


1. On October 13, 2025, prior to the scheduled auction of my vehicle (set for "any time after 8:00 AM"),

  I attempted to e-file my Emergency Order to Show Cause and supporting documents through the NYSCEF system.


2. Due to a system error, the filing did not complete and no fee was taken. I immediately contacted the

  Clerk's Office and was advised to re-file the same materials.


3. On October 14, 2025, I successfully re-filed the identical Emergency OSC materials, now assigned

Case 7:25-cv-09544-KMK    Document 1-1    Filed 11/14/25    Page 10 of 15

Index No. 73536/2025.

4. I respectfully request that this filing be considered nunc pro tunc to October 13, 2025, as the delay

resulted solely from a technical failure beyond my control.

5. Attached hereto as Exhibit B is a copy of the prior NYSCEF confirmation notice from the failed October 13 filing,

and as Exhibit C, a screenshot showing the error message confirming that no submission was completed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 14, 2025

Bronx, New York

*Leigh Cresham*

/s/ Leigh Cresham

Leigh Cresham

421 East 238th Street

Bronx, NY 10470

Email: leighcresham@yahoo.com



# NYSCEF Confirmation Notice

# Westchester County Supreme Court

The NYSCEF website has received an electronic filing on 10/13/2025 12:39 AM. Please keep this notice as a confirmation of this filing.

### Index Number NOT assigned
### leigh creham v. Westlake Financial Services et al
### Assigned Judge: None Recorded

## Documents Received on  10/13/2025 12:39 AM

| Doc # | Document Type |
|---|---|
| 1 | PETITION |
| 2 | ORDER TO SHOW CAUSE ( PROPOSED ) |
| 3 | EXHIBIT(S) A |
| 4 | RJI -RE: ORDER TO SHOW CAUSE |

## Filing User

leigh creham | leighcresham@yahoo.com
421 East 238th St, Bronx, NY 10470

## E-mail Service Notifications

An email regarding this filing has been sent to the following on 10/13/2025 12:39 AM:

---

**Timothy C. Idoni - http://www.westchesterclerk.com**

**NYSCEF Resource Center, nyscef@nycourts.gov**

Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile



# NYSCEF Confirmation Notice

## Westchester County Supreme Court

**Index Number NOT assigned**
**leigh creham v. Westlake Financial Services et al**
**Assigned Judge: None Recorded**

### Email Notifications NOT Sent

| Role | Party | Attorney |
| --- | --- | --- |
| Defendant / Respondent | Westlake Financial Services | No consent on record. |
| Defendant / Respondent | Westlake Portfolio Management | No consent on record. |

\* Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent.

Case 7:25-cv-09544-KMK    Document 1-1    Filed 11/14/25    Page 13 of 15



**yahoo!mail**

Search your mail

Go back to the old Yahoo Mail

← Back

**MJ** Mailman, Jared
To: me · Tue, Oct 14 at 8:52 AM ⌄

Good morning,

We have no record of your filing.  It seems there was a filing error and no fee was taken.  Please re-file your application as a new submission as follows:

1. Verified Petition as your doc.1 (commencement doc)
2. Proposed order to show cause as your doc. 2 (Using doc. type "Order to Show Cause (proposed)-Accompanying Commencement Docs".
3. RJI- RE: Order to Show Cause as your doc. 3

Your total filing fees should be $305.00

Regards,
Jared Mailman
**Assistant Deputy County Clerk-Legal Division**
Office of the Westchester County Clerk Timothy C. Idoni
110 Dr. Martin Luther King, Jr. Blvd

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

-------------------------------------------------------------

LEIGH CRESHAM,

Petitioner,

-against-

WESTLAKE FINANCIAL SERVICES and WESTLAKE PORTFOLIO MANAGEMENT,

Respondents.

-------------------------------------------------------------

Index No.: (To Be Assigned)

*[handwritten:]* ORDER TO SHOW CAUSE (motion #1)

*[handwritten:]* *see Court Directives / Decline to Sign (next page)*

### PROPOSED ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

Upon reading and filing the Affidavit of **Leigh Cresham**, verified on October 12, 2025, and the attached exhibits, and due cause appearing therefor, it is hereby: **ORDERED** that the Respondents, **WESTLAKE FINANCIAL SERVICES** and **WESTLAKE PORTFOLIO MANAGEMENT**, show cause before this Court at the Supreme Court of the State of New York, County of Westchester, why an order should not be made and entered as follows: 1. Staying the auction and/or sale of Petitioner's 2017 Ford F-150 (VIN **1FTEW1EP7HFC48951**), scheduled to occur after 8:00 AM on October 13, 2025, pursuant to the Notice of Intent to Sell dated September 25, 2025 2. Directing Respondents to provide documentation demonstrating compliance with **UCC §§9-611** and **§9-613** regarding proper notice and itemization of repossession and sale expenses; 3. Directing Respondents to respond to Petitioner's claim of violation of **ADA Title III** (42 U.S.C. §12182) and **NYHRL §296-a** regarding failure to accommodate disability-related communication requests; 4. Granting such other and further relief as the Court deems just and proper. **It is further ORDERED** that, pending the hearing of this motion, Respondents, their agents, and assigns are hereby temporarily restrained and enjoined from proceeding with the auction or sale of the above-described vehicle or taking any action to dispose of same. Petitioner's vehicle was towed to Tow Authority, **1908 Shore Parkway, Brooklyn, NY 11214** (Tel: **631-772-6224**), on or about September 26, 2025, without prior notice to Petitioner. The Petitioner resides at **421 East 238th Street, Bronx, NY 10470.**

*[handwritten in margin:]* Denied 22 NYCRR 202.7f

DATED: White Plains, New York

October 12, 2025

1 of 2

the Court denies the following reasons:

(1) As to OSC Request #1 to stay 10/13/2025, such request is moot/untimely to the extent that the sale date was prior to filing this OSC on 10-13-2025. Any request for temporary relief is denied for lack of prior notice to Respondent (22 NYCRR 202.7 f) (2) As to OSC Requests #3-4, such request are duplicative of the ultimate relief requested in the Petition, which has not been served on Respondent. Accordingly,

ENTER:

_____
HON. _____
JUSTICE OF THE SUPREME COURT

(3) It is ORDERED that:
Petitioner shall serve the Petition and file proof of service within 30 days. Failure to comply may result in dismissal.

Dated: 10/14/2025
White Plains, NY

SO ORDERED:

_____

**HON. THOMAS QUINONES**
**SUPREME COURT JUSTICE**